1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2      rfavretto@mayerbrown.com
   John Roberti, Esq.
3      jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone:  (202) 263-3000
5  Facsimile:   (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7      wjohnson@mayerbrown.com
   J. Joann Liao, Esq. (SBN 227329)
8      jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, CA 94306-2112
10 Telephone:  (650) 331-2000
   Facsimile:   (650) 331-2060

11
   Attorneys for Defendant United Air Lines, Inc.
12
   Additional Counsel on Signature Page
13

14              **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT**

16                **SAN FRANCISCO DIVISION**

17

18 | JUSTIN LABARGE, individually and on behalf of all others similarly situated, | Case No. 08-cv-00487 SC |
19 | Plaintiff, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** |
20 | v. | |
21 | AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, | The Honorable Samuel Conti |
22 | CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA | |
23 | AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, | |
24 | THAI AIRWAYS, UNITED AIR LINES | |
25 | Defendants. | |

26

27                                                 1

1    Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and

2    Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §

3    1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff

4    Justin LaBarge ("Plaintiff") and Defendant United Air Lines, Inc. ("Defendant"), through

5    counsel, hereby stipulate and agree as follows:

6    IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer,

7    move or otherwise plead is enlarged until the later of:  (1) the date when Defendant would

8    otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2)

9    45 days after the JPML grants, denies, or otherwise disposes of the pending motion.  If a

10    consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on

11    Defendant, Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after

12    such service.

13    IT IS FURTHER STIPULATED AND AGREED that defense counsel shall

14    accept service on behalf of Defendant of the summons and complaints in the above-captioned

15    matter, including any amended or consolidated complaints, and further, that Defendant shall not

16    contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver

17    of any other defense including, but not limited to, the defenses of lack of personal or subject

18    matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to

19    answer, move, or otherwise respond to any complaint until the time provided in the preceding

20    paragraph.  The above notwithstanding, should Defendant, except pursuant to court order,

21    respond to any complaint in a related matter filed in another United States District Court prior to

22    the date contemplated by this stipulation, then Defendant shall make a simultaneous response to

23    the complaint in the above-captioned matter.

24    //

25    //

26    //

27    //

28

2

PADB01 44044420.1 05-FEB-08 15:02

1    IT IS SO STIPULATED.

2

3           Respectfully Submitted,

4    Dated: February 5, 2008                    MAYER BROWN LLP

5                                               By:          /s/  J. Joann Liao

6                                               MAYER BROWN LLP
                                                Two Palo Alto Square, Suite 300
7                                               3000 El Camino Real
                                                Palo Alto, CA 94306-2112
8                                               Telephone:    (650) 331-2000
                                                Facsimile:    (650) 331-2060
9

10                                              *Counsel for Defendant United Air Lines, Inc.*

11

12   Dated: February 5, 2008                    SAVERI & SAVERI, INC.

13                                              By:       *Cadio Zirpoli (by authorization)*

14                                              SAVERI & SAVERI, INC.
                                                111 Pine Street, Suite 1700
15                                              San Francisco, California 94111
                                                Telephone: (415) 217-6810
16                                              Facsimile: (415) 217-6813

17

18                                              *Counsel for Plaintiff*

19

20

21

22

23

24

25

26

27
                                                3
28                                    JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1
                                       EXTENDING TIME TO RESPOND TO COMPLAINT
                                                 CASE NO. 08-CV-00487 SC