| Attorney or Party without Attorney: <br> R. ALEXANDER SAVERI <br> SAVERI & SAVERI, INC. <br> 111 PINE STREET <br> SUITE 1700 <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-217-6810 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> 68 | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | |
| Plaintiff: JUSTIN LABARGE, ect. | | |
| Defendant: AIR NEW ZEALAND, et al. | | |

| PROOF OF SERVICE <br> SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C 08 0487 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT.

3. a. Party served:                NORTHWEST AIRLINES
   b. Person served:               MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jan. 28, 2008 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NORTHWEST AIRLINES
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                           d. **The Fee** for Service was:
   b. **FIRST LEGAL SUPPORT SERVICES**       e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                         (i)   Independent Contractor
      LOS ANGELES, CA 90071                        (ii)  Registration No.:    5141
   c. 213-250-1111                                 (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Fri, Feb. 01, 2008

   Judicial Council Form POS-010           PROOF OF SERVICE           (DOUG FORREST)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                6396721.savsa-sf.110685