| Attorney or Party without Attorney:<br>R. ALEXANDER SAVERI<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-217-6810<br><br>Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>68 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: JUSTIN LABARGE, ect. | | |
| Defendant: AIR NEW ZEALAND, et al. | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 08 0487 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING CASE MANAGEMENT CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT.

3.  a. Party served:                  UNITED AIRLINES
   b. Person served:           BECKY DEGEORGE, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:       2730 GATEWAY OAKS DRIVE
                                    SUITE 100
                                    SACRAMENTO, CA 95823

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 25, 2008 (2) at: 9:55AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNITED AIRLINES
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**
   a. NANCY GRADDY

Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. **The Fee** for Service was:

   e. I am: (3) registered California process server
      (i)  Independent Contractor
      (ii)  Registration No.:    04-010
      (iii)  County:          Placer



**First Legal Support Services** SM
ATTORNEY SERVICES
1814 "I" STREET
Sacramento, CA 95814
(916) 444-5111, FAX 443-3111

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date:Fri, Feb. 01, 2008

(NANCY GRADDY)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007         PROOF OF SERVICE
SUMMONS & COMPLAINT         6396722.savsa-sf.110688