1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2     rfavretto@mayerbrown.com
   John Roberti, Esq.
3     jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone: (202) 263-3000
5  Facsimile:  (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7     wjohnson@mayerbrown.com
   J. Joann Liao, Esq. (SBN 227329)
8     jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, CA 94306-2112
10 Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
11
   Attorneys for Defendant United Air Lines, Inc.
12
   Additional Counsel on Signature Page
13

14                **UNITED STATES DISTRICT COURT**

15                      **NORTHERN DISTRICT**

16                    **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| JUSTIN LABARGE, individually and on behalf of all others similarly situated, | Case No. 08-cv-00487 SC |
| Plaintiff, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIR LINES | The Honorable Samuel Conti |
| Defendants. | |

1
JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-00487 SC

PADB01 44044420.1 05-FEB-08 15:02

1  Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff
4  Justin LaBarge ("Plaintiff") and Defendant United Air Lines, Inc. ("Defendant"), through
5  counsel, hereby stipulate and agree as follows:

6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer,
7  move or otherwise plead is enlarged until the later of: (1) the date when Defendant would
8  otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2)
9  45 days after the JPML grants, denies, or otherwise disposes of the pending motion.  If a
10 consolidated amended complaint is filed by Plaintiff in a single transferee Court and served on
11 Defendant, Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after
12 such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall
14 accept service on behalf of Defendant of the summons and complaints in the above-captioned
15 matter, including any amended or consolidated complaints, and further, that Defendant shall not
16 contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver
17 of any other defense including, but not limited to, the defenses of lack of personal or subject
18 matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate Defendant to
19 answer, move, or otherwise respond to any complaint until the time provided in the preceding
20 paragraph.  The above notwithstanding, should Defendant, except pursuant to court order,
21 respond to any complaint in a related matter filed in another United States District Court prior to
22 the date contemplated by this stipulation, then Defendant shall make a simultaneous response to
23 the complaint in the above-captioned matter.
24 //
25 //
26 //
27 //
28

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-00487 SC

PADB01 44044420.1 05-FEB-08 15:02

1  IT IS SO STIPULATED.

3      Respectfully Submitted,

4  Dated: February 5, 2008          MAYER BROWN LLP

5                                By:       /s/ J. Joann Liao

6  MAYER BROWN LLP
Two Palo Alto Square, Suite 300
7  3000 El Camino Real
Palo Alto, CA 94306-2112
8  Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060

10  *Counsel for Defendant United Air Lines, Inc.*

12  Dated: February 5, 2008          SAVERI & SAVERI, INC.

13                                By:    *Cadio Zirpoli (by authorization)*

14  SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
15  San Francisco, California 94111
Telephone: (415) 217-6810
16  Facsimile: (415) 217-6813

18  *Counsel for Plaintiff*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

3

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1
EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-00487 SC

PADB01 44044420.1 05-FEB-08 15:02