1  BOIES, SCHILLER & FLEXNER LLP
   JOHN F. COVE, JR. (CA Bar No. 212213)
2  KENNETH F. ROSSMAN IV (CA Bar No. 237558)
   DEAN M. HARVEY (CA Bar No. 250298)
3  1999 Harrison St., Suite 900
   Oakland, CA 94612
4  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
5  Email:  jcove@bsfllp.com
           krossman@bsfllp.com
6          dharvey@bsfllp.com

7  Attorneys for Defendant Northwest Airlines

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUSTIN LABARGE**, individually and on behalf of all others similarly situated, | Case No. 08-CV-0487-SC |
| Plaintiffs, | **DEFENDANT NORTHWEST AIRLINES' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, AND UNITED AIR LINES,** | The Honorable Samuel Conti |
| Defendants. | |

Pursuant to Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name of Interested Entity | Connection/Interest |
|---|---|
| Northwest Airlines Corporation | Publicly traded, indirect parent corporation of Northwest Airlines, Inc. |
| Northwest Airlines, Inc. | Primary operating entity of Northwest Airlines Corporation |

Respectfully Submitted,

Dated: February 11, 2008

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Dean M. Harvey

JOHN F. COVE, JR.
KENNETH F. ROSSMAN IV
DEAN M. HARVEY
1999 Harrison St., Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

Attorneys for Defendant Northwest Airlines