| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | JOHN F. COVE, JR. (CA Bar No. 212213)<br>KENNETH F. ROSSMAN IV (CA Bar No. 237558) |
| 3 | DEAN M. HARVEY (CA Bar No. 250298)<br>1999 Harrison St., Suite 900 |
| 4 | Oakland, CA 94612<br>Telephone: (510) 874-1000 |
| 5 | Facsimile: (510) 874-1460<br>Email:  jcove@bsfllp.com |
| 6 | krossman@bsfllp.com<br>dharvey@bsfllp.com |
| 7 | Attorneys for Defendant Northwest Airlines |
| 8 | Additional Counsel on Signature Page |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUSTIN LABARGE**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, AND UNITED AIR LINES,**<br><br>Defendants. | Case No. 08-CV-0487-SC<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable Samuel Conti |

JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0487-SC

1  Pursuant to Local Rules 6-1, and in light of the related "Motion for Transfer and
2  Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. §
3  1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Justin
4  LaBarge ("Plaintiff") and Defendant Northwest Airlines ("Defendant"), through counsel, hereby
5  stipulate and agree as follows:

6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or
7  otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be
8  required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after
9  the JPML grants, denies, or otherwise disposes of the pending motion.  If a consolidated amended
10 complaint is filed by Plaintiff in a single transferee Court and served on Defendant, and Plaintiff's
11 counsel is acting as Lead Counsel, Plaintiff agree that Defendant's time to answer, move, or
12 otherwise plead is enlarged until 45 days after such service.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service
14 on behalf of Defendant of the summons and complaints in the above-captioned matter, including
15 any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency
16 of process or service of process.  This Stipulation does not constitute a waiver of any other
17 defense including, but not limited to, the defenses of lack of personal or subject matter
18 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer,
19 move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

20 IT IS SO STIPULATED.
21 Respectfully Submitted,

22 Dated: February 11, 2008                    BOIES, SCHILLER & FLEXNER LLP

23                                             By:     /s/ Dean M. Harvey

24                                             JOHN F. COVE, JR.
25                                             KENNETH F. ROSSMAN IV
                                                DEAN M. HARVEY
26                                             1999 Harrison St., Suite 900
                                                Oakland, CA 94612
27                                             Telephone: (510) 874-1000
28                                             Facsimile: (510) 874-1460



1

1 | *Counsel for Defendant Northwest Airlines*

3 | Dated: February 11, 2008    SAVERI & SAVERI, INC.

4 | By: /s/ Cadio Zirpoli (by authorization)

5 | CADIO ZIRPOLI
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Counsel for Plaintiff*

2

JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-0487-SC