1 | Christopher T. Casamassima (CA Bar No. 211280)
  | Email: ccasamassima@kirkland.com
2 | **KIRKLAND & ELLIS LLP**
3 | 777 South Figueroa Street
  | Los Angeles, California 90017-5800
4 | Telephone: (213) 680-8400
  | Facsimile: (213) 680-8500
5 |
6 | Attorneys for Defendant EVA Airways

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN LABARGE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs,<br><br>vs.<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,**<br><br>Defendants. | Case No. C 08 0487 SC<br><br>The Honorable Samuel Conti<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES AND [PROPOSED] ORDER** |

Pursuant to Local Rule 6-1(a), and in light of the related "Motion for Transfer and Consolidation of Related Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407" now pending before the Judicial Panel on Multidistrict Litigation ("JPML"), Plaintiff Justin LaBarge ("Plaintiff") and Defendant EVA Airways ("Defendant"), through counsel, hereby stipulate and agree as follows:

**Case No. C 08 0487 SC, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint and Proposed Order**

1    IT IS HEREBY STIPULATED AND AGREED that Defendant's time to
2 answer, move or otherwise plead is enlarged until the later of: (1) the date when
3 Defendant would otherwise be required to a file a response pursuant to Federal Rule
4 of Civil Procedure 12; or (2) 45 days after the JPML grants, denies, or otherwise
5 disposes of the pending motion. If a consolidated amended complaint is filed by
6 Plaintiff in a single transferee Court and served on Defendant, Defendant's time to
7 answer, move, or otherwise plead is enlarged until 45 days after such service.

8    This Stipulation does not constitute a waiver by Defendant of any
9 defense, including but not limited to the defenses of lack of personal jurisdiction,
10 subject matter jurisdiction, improper venue, sufficiency of service of process, or
11 service of process. Nothing in this paragraph shall obligate Defendant to answer,
12 move, or otherwise respond to any complaint until the time provided in the preceding
13 paragraph. The above notwithstanding, should Defendant, except pursuant to court
14 order, respond to any complaint in a related matter filed in this court or another United
15 States District Court prior to the date contemplated by this stipulation, then such
16 Defendant shall make a simultaneous response to the complaint in the above-
17 captioned matter.

**Case No. C 08 0487 SC, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint and Proposed Order**

1  IT IS SO STIPULATED.
2      Respectfully submitted,

3  Dated: February 19, 2008        KIRKLAND & ELLIS LLP
4
5                                          By:    /s/ Christopher T. Casamassima

6                                            777 South Figueroa Street
7                                            Los Angeles, California 90017-5800
                                          Telephone: (213) 680-8400
8                                            Facsimile: (213) 680-8500
                                          Email: ccasamassima@kirkland.com
9
10                                         *Counsel for Defendant EVA Airways*
11
12
13 Dated: February 19, 2008        SAVERI & SAVERI LLP
14                                         By:   /s/ Cadio Zirpoli (with authorization)
15
16                                           111 Pine Street, Suite 1700
                                          San Francisco, California 94111
17                                           Telephone: (415) 217-6810
                                          Facsimile: (415) 217-6813
18                                           **E-Mail:** cadio@saveri.com
19
20                                         *Counsel for Plaintiff*
21
22
23
24
25
26
27
28

**Case No. C 08 0487 SC, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint and Proposed Order**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUSTIN LABARGE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIRLINES,**<br><br>**Defendants.** | Case No. C 08 00487 SC<br><br>The Honorable Samuel Conti<br><br>**[PROPOSED] ORDER PURSUANT TO LOCAL RULES 6-1 AND 6-2 EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING COURT-ORDERED DEADLINES** |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT Defendant's time to answer, move, or otherwise plead is enlarged until the later of: (1) the date when Defendant would otherwise be required to a file a response pursuant to Federal Rule of Civil Procedure 12; or (2) 45 days after the JPML grants, denies, or otherwise disposes of the pending motion. If a consolidated amended complaint is filed by Plaintiffs in a single transferee Court and served on Defendant, Defendant's time to answer, move, or otherwise plead is enlarged until 45 days after such service.

Dated: [_____] [__], 2008

_____
Honorable Samuel Conti
Judge of the United States District Court

**Case No. C 08 0487 SC, Stipulation Re Extension of Time For Defendant EVA Airways to Respond to Complaint and Proposed Order**