1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Cadio Zirpoli (179108) cadio@saveri.com
   William Heye (233249) william@saveri.com
3  SAVERI & SAVERI, INC.
4  111 Pine Street, Suite 1700
   San Francisco, CA 94111
5  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
6
7  Eugene A. Spector
   William G. Caldes
8  SPECTOR, ROSEMAN & KODROFF, P.C.
   1818 Market Street, Suite 2500
9  Philadelphia, PA 19103
   Telephone: (215) 496-0300
10 Facsimile: (215) 496-6611
11
   *Attorneys for Plaintiff Justin LaBarge*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** | Case No. 08-cv-0487 SC |
| | MDL No. 1913 |
| **This Document Relates to:** | |
| **Case No. 08-cv-0487 SC** | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE** |
| *LaBarge, et al. v. Air New Zealand, et al.* | **[F.R.C.P. § 41(a)(1)]** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**

1  Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Justin LaBarge hereby dismisses all claims made in Case No. 08-cv-0487 SC, without prejudice, against named defendant Northwest Airlines.

DATED:  February 20, 2008

*/s/ R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
William Heye (233249)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA   94111
Telephone: (415) 217-6810

Eugene A. Spector
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

*Attorneys for Plaintiff Justin LaBarge*

2
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**